UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KACEY FRANKLIN JAMES,<br><br>Defendant. | Case No. 4:23-cr-00313-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court is Defendant Kacey Franklin James's Motion to Compel Disclosure of Video Evidence (Dkt. 55). For the reasons explained below, the motion will be deemed moot, as the government has produced the requested evidence.

### DISCUSSION

James is charged with three counts of possession with intent to distribute controlled substances (LSD, methamphetamine, and psilocybin), two counts of possessing an unregistered firearm, and two counts of possessing a firearm in furtherance of a drug-trafficking crime. *See Superseding Indictment,* Dkt. 57. He asks the Court to compel the government to produce video evidence for all officers who participated in an October 4, 2023 search of his home. He also asks the Court

MEMORANDUM DECISION AND ORDER - 1

to compel production of video evidence of two traffics stops (one on October 4, 2023 and the other on June 6, 2024). In response, the government says it has "provided full and complete discovery as to each of the items requested by Defendant . . . ." *Response,* Dkt. 65, at 1. The Defendant did not file a reply brief, which would indicate that he agrees with the government's assertion and no longer needs an order compelling production. The motion is therefore moot.

## ORDER

**IT IS ORDERED that** Defendant's Motion to Compel Disclosure of Video Evidence (Dkt. 55) is **DEEMED MOOT.**



DATED: April 21, 2025

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2